ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2014 DEC -9 AM 9:47
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

IN RE: LISTER W. HARRELL, \*
\* Case No. 314-049
Debtor. \* (Bankr. Case No. 12-30112)

## O R D E R

On April 25, 2014, Mr. Lister W. Harrell, a Chapter 11 debtor, filed a notice of appeal in his case in the United States Bankruptcy Court.[1] (See Bankr. Case No. 12-30112 (S.D. Ga. Mar. 29, 2012).) The Orders from which Mr. Harrell wished to appeal were entered on April 24, 2014. In one Order, the Bankruptcy Court denied Mr. Harrell's motions to release funds and assets and his motions for appointment of counsel. (Bankr. Doc. No. 294.) In the other Order, the Bankruptcy Court denied his Motion to Remove and Investigate the Trustee. (Bankr. Doc. No. 291.) Mr. Harrell's appeal from these Orders, dated April 25, 2014, was deficient in several respects, particularly in its failure to substantially conform to the appropriate Official Form for a notice of appeal and in the failure to pay the $298.00 filing fee. (See Bankr. Doc. No. 297.) Mr. Harrell was given seven days to cure the noted

---

[1] The case was converted to a Chapter 7 case on March 27, 2013.

deficiencies. (Id.) Mr. Harrell thereafter filed several documents seemingly related to his appeal in the Bankruptcy Court, but the documents failed to intelligibly designate contents for inclusion in the record on appeal or state the issues to be presented on appeal as required by Federal Rule of Bankruptcy Procedure 8006. (See Bankr. Doc. Nos. 308, 309, 314, 318 & 319.) On June 2, 2014, the appeal was docketed in this district court. Mr. Harrell had not paid the filing fee.

This Court informed Mr. Harrell that his appellant's brief was due by June 19, 2014. Mr. Harrell did not file a brief; indeed, he has never filed anything with this Court in the six months the appeal has been pending.

The Court readily concludes that Mr. Harrell has not diligently prosecuted this appeal. He has not complied with procedural rules and has not paid the required filing fee. Accordingly, maintenance of this matter is not warranted. **IT IS ORDERED** that the appeal be **DISMISSED** for failure to prosecute.

**ORDER ENTERED** at Augusta, Georgia, this 9th day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE